United States District Court for the
Western District of Oklahoma

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CR-95-31-D |
| | ) | U.S.M. No. 12987-064 |
| Gregory Lamont Wooten, | ) | |
| | ) | |
| Defendant. | ) | |

Date of Previous Judgment: August 17, 1995        Susan B. Otto
(Use Date of Last Amended Judgment if Applicable)      Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. §3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 944(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

  ☐   DENIED.   ☒   GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  188  months **is reduced to  Time Served  **.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐   The reduced sentence is within the amended guideline range.
☐   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒   Other (explain): Defendant has already served imprisonment in excess of the high end of the amended guideline range.

Except as provided above, all provisions of the judgment dated August 17, 1995 shall remain in effect.

**IT IS SO ORDERED.**

Order date:   March 11, 2008

Effective date:  March 21, 2008
           (if different from order date)

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE